UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM EARL SWEET,

    Petitioner,

v.                              Case No. 3:03-cv-844-J-20

JAMES CROSBY, JR.,

    Respondent.

---

**ORDER**

1. Petitioner, within **THIRTY (30) DAYS** from the date of this Order, shall file his response to the Respondents' Motion for Summary Judgment (Doc. #26) or inform the Court that he does not intend to do so.

2. Consideration of Petitioner's Motion to Hold Proceedings in Abeyance Pending Disposition of State Court Proceedings (Doc. #25) is **DEFERRED** until after the Court has determined whether this action should be dismissed as untimely filed.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2005.

                                      UNITED STATES DISTRICT JUDGE

ps 6/14
c:
D. Todd Doss, Esquire
Ass't Attorney General Meredith Charbula